Marshall A. Lerner (State Bar No. 55,224)
Email: mlerner@kleinberglerner.com
Bradford E. Mattes (State Bar No. 159,004)
Email: bemattes@kleinberglerner.com
Philip L. Nulud (State Bar No. 245,147)
Email: pnulud@kleinberglerner.com
**KLEINBERG & LERNER, LLP**
2049 Century Park East, Suite 1080
Los Angeles, California 90067-3112
Phone: (310) 557-1511 • Fax: (310) 557-1540

Attorneys for Plaintiffs
SKECHERS U.S.A., INC. and SKECHERS U.S.A. INC. II

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SKECHERS U.S.A., INC., a Delaware Corporation, and SKECHERS U.S.A., INC. II, a Delaware Corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>RENAISSANCE IMPORTS, INC., and Does 1 – 10 inclusive,<br><br>            Defendants. | Case No.: CV-07-07341 SJO (AJWx)<br><br>**FINAL JUDGMENT ON CONSENT**<br><br>JS-6 |

On this date, came the parties in this action, and announced, prior to trial, that they had reached a settlement agreeing, among other things, to the entry of this Final Judgment on Consent; and the Court being of the opinion that judgment should be entered as agreed to by the parties, it is

HEREBY ORDERED as follows:

1. Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II ("Skechers")

1  are Delaware corporations, with their principal place of business in Manhattan Beach,
2  California.
3      2.    Defendant Renaissance Imports, Inc. ("Renaissance") is a New York
4  corporation, with its principal place of business in Matthews, North Carolina.
5      3.    This is an action for, among other things, patent and trade dress
6  infringement.
7      4.    This Court has jurisdiction over the subject matter of this action and
8  jurisdiction over the parties to this action.
9      5.    Skechers is the owner of U.S. Patent No. Des. 547,935, a copy of which is
10 attached hereto as Exhibit A.
11     6.    Skechers is the owner of the trade dress rights in the overall design and
12 configuration of its Cali Gear Mary Jane shoe as shown in Exhibit B ("Skechers' Cali
13 Gear Mary Jane Trade Dress Rights").
14     7.    Except to the limited extent expressly permitted under the Settlement
15 Agreement during the sell-off period, Renaissance and its affiliates, and each of their
16 respective officers, directors, employees, servants, agents and representatives, and all
17 other persons in active concert or participation with them who receive actual notice
18 hereof by personal service or otherwise, are permanently enjoined and restrained
19 (a) from making, having made, ordering, importing, exporting, using, advertising,
20 promoting, distributing, selling, offering for sale, or otherwise commercially
21 exploiting the "allegedly Infringing Shoes" (as defined below), or (b) from otherwise
22 making, using, offering to sell or selling, or inducing the making, using, offering to
23 sell or selling, or contributing to the making, using, offering to sell or selling of any
24 items that contain all of the elements of the SKECHERS invention as set forth in the
25 claim of U.S. Patent No. Des. 547,935, and/or look the same and convey the same
26 commercial impression as the trade dress of the SKECHERS' Cali Gear Mary Jane
27 Shoe.  As used herein, the term "allegedly Infringing Shoes" shall mean
28 Renaissance's "Scrubs/RX" shoe depicted in Exhibit C (stock nos. 747804, 747805,

747806, and 747807) and any other shoe having substantially the same design as the shoe design shown in Exhibit B or U. S. Patent No. Des. 547,935.

8. Any disputes regarding or relating to, and any proceedings to enforce, this Final Judgment on Consent, or the Settlement Agreement pursuant to which this Final Judgment on Consent was entered, shall be resolved in this action by this Court, which shall retain continuing jurisdiction over the parties and the subject matter of this action.

9. Each party shall pay its own attorneys' fees and costs.

SO ORDERED on this \_\_\_\_\_11TH_____ day of April, 2008.

\_\_\_\_\_/S/   S. James Otero
United States District Judge

Respectfully submitted,

KLEINBERG & LERNER, LLP

March \_\_, 2008          By: _____
Marshall A. Lerner
Attorneys for Plaintiffs
Skechers U.S.A. Inc. and Skechers U.S.A. Inc. II


JEFFER, MANGELS, BUTLER & MARMARO LLP

March \_\_, 2008          By: _____
Jeffrey K. Riffer
Attorneys for Defendant
Renaissance Import, Inc.

1
2
3
4                          INTELLECTULAW, THE LAW OFFICES OF P.B.
5                          TUFARIELLO, P.C.
6
7   March __, 2008         By: _____
                                  Panagiota Betty Tufariello
8                                 Attorneys for Defendant
9                                 Renaissance Import, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -                                   **FINAL JUDGMENT ON CONSENT**