1  Marshall A. Lerner (State Bar No. 55,224)
   Email: mlerner@kleinberglerner.com
2  Bradford E. Mattes (State Bar No. 159,004)
3  Email: bemattes@kleinberglerner.com
   Philip L. Nulud (State Bar No. 245,147)
4  Email: pnulud@kleinberglerner.com
5  **KLEINBERG & LERNER, LLP**
   2049 Century Park East, Suite 1080
6  Los Angeles, California 90067-3112
7  Phone: (310) 557-1511 • Fax: (310) 557-1540

8
   Attorneys for Plaintiffs
9  SKECHERS U.S.A., INC. and SKECHERS U.S.A. INC. II

10

11              **UNITED STATES DISTRICT COURT**
12      **CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

13                                          **NOTE CHANGES MADE BY COURT**
14                                   )
15  SKECHERS U.S.A., INC., a Delaware  ) Case No.: CV-07-07341 SJO (AJWx)
    Corporation, and SKECHERS U.S.A., INC. )
16  II, a Delaware Corporation,         ) *AMENDED*
                                        ) **FINAL JUDGMENT ON**
17            Plaintiffs,               ) **CONSENT**
                                        )
18       v.                            )
                                        ) JS-6
19  RENAISSANCE IMPORTS, INC., and      )
    Does 1 – 10 inclusive,              )
20                                      )
            Defendants.                 )
21  _____ )

22
        On this date, came the parties in this action, and announced, prior to trial, that
23
    they had reached a settlement agreeing, among other things, to the entry of this Final
24
    Judgment on Consent; and the Court being of the opinion that judgment should be
25
    entered as agreed to by the parties, it is
26
        HEREBY ORDERED as follows:
27
        1.    Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II ("Skechers")
28

                                                        **FINAL JUDGMENT ON CONSENT**
                                    - 1 -

1  are Delaware corporations, with their principal place of business in Manhattan Beach,

2  California.

3      2.    Defendant Renaissance Imports, Inc. ("Renaissance") is a New York

4  corporation, with its principal place of business in Matthews, North Carolina.

5      3.    This is an action for, among other things, patent and trade dress

6  infringement.

7      4.    This Court has jurisdiction over the subject matter of this action and

8  jurisdiction over the parties to this action.

9      5.    Skechers is the owner of U.S. Patent No. Des. 547,935, a copy of which is

10  attached hereto as Exhibit A.

11     6.    Skechers is the owner of the trade dress rights in the overall design and

12  configuration of its Cali Gear Mary Jane shoe as shown in Exhibit B ("Skechers' Cali

13  Gear Mary Jane Trade Dress Rights").

14     7.    Except to the limited extent expressly permitted under the Settlement

15  Agreement during the sell-off period, Renaissance and its affiliates, and each of their

16  respective officers, directors, employees, servants, agents and representatives, and all

17  other persons in active concert or participation with them who receive actual notice

18  hereof by personal service or otherwise, are permanently enjoined and restrained

19  (a) from making, having made, ordering, importing, exporting, using, advertising,

20  promoting, distributing, selling, offering for sale, or otherwise commercially

21  exploiting the "allegedly Infringing Shoes" (as defined below), or (b) from otherwise

22  making, using, offering to sell or selling, or inducing the making, using, offering to

23  sell or selling, or contributing to the making, using, offering to sell or selling of any

24  items that contain all of the elements of the SKECHERS invention as set forth in the

25  claim of U.S. Patent No. Des. 547,935, and/or look the same and convey the same

26  commercial impression as the trade dress of the SKECHERS' Cali Gear Mary Jane

27  Shoe.   As used herein, the term "allegedly Infringing Shoes" shall mean

28  Renaissance's "Scrubs/RX" shoe depicted in Exhibit C (stock nos. 747804, 747805,

- 2 -

**FINAL JUDGMENT ON CONSENT**

1 747806, and 747807) and any other shoe having substantially the same design as the

2 shoe design shown in Exhibit B or U. S. Patent No. Des. 547,935. *between the parties* *SJO 4/28/-8*

3     8.    Any disputes regarding or relating to, and any proceedings to enforce,

4 this Final Judgment on ^Consent, or the Settlement Agreement pursuant to which this

5 Final Judgment on Consent was entered, shall be resolved in this action by this Court,

6 which shall retain continuing jurisdiction over the parties and the subject matter of

7 this action.

8     9.    Each party shall pay its own attorneys' fees and costs.

9     SO ORDERED on this *28 th* ___11TH___ day of April, 2008.

10

11     _____/S/   S. James Otero

12     United States District Judge

13

14     Respectfully submitted,

15     KLEINBERG & LERNER, LLP

16

17

18 March __, 2008     By: _____
    Marshall A. Lerner

19     Attorneys for Plaintiffs
    Skechers U.S.A. Inc. and Skechers U.S.A. Inc. II

20

21

22     JEFFER, MANGELS, BUTLER & MARMARO LLP

23

24 March __, 2008     By: _____

25     Jeffrey K. Riffer

26     Attorneys for Defendant
    Renaissance Import, Inc.

27

28

**FINAL JUDGMENT ON CONSENT**

- 3 -

INTELLECTULAW, THE LAW OFFICES OF P.B.
TUFARIELLO, P.C.

March ___, 2008       By: _____

                              Panagiota Betty Tufariello
                              Attorneys for Defendant
                              Renaissance Import, Inc.

**FINAL JUDGMENT ON CONSENT**

- 4 -